IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ZOSTAVAX (ZOSTER VACCINE       :   MDL NO. 2848
LIVE) PRODUCTS LIABILITY               :
LITIGATION                             :
                                       :
_____            :
                                       :
THIS DOCUMENT RELATES TO:              :
                                       :
1189 Actions Listed in                 :
Appendix A to Pretrial Order           :
No. 458                                :
                                       :
                                       :
_____                _____

PRETRIAL ORDER NO. 458

AND NOW, this 6th day of December, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the Group A cases (Doc. # 1082) identified in Appendix A to this Order is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ZOSTAVAX (ZOSTER VACCINE  :   MDL NO. 2848
LIVE) PRODUCTS LIABILITY            :
LITIGATION                          :
_____    :   _____

APPENDIX A TO PRETRIAL ORDER NO. 458

| | |
|---|---|
| Mariana Abarta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05095 | Kathryn Kershner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00585 |
| Loretta Abbo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20200 | Phyllis Kidney v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20227 |
| Tina Ackerly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20031 | Linda Kincaid v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02218 |
| Gloria Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03869 | Virginia Kinchen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20082 |
| Jo Ann Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04401 | Anita King v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04049 |
| Leslie Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06576 | William King v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03811 |
| Sandra Gayle Adkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00015 | Nancy Kirkpatrick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04418 |
| Diane Aitken v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03932 | Bertha Kirsch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20283 |
| Joan Akins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20254 | Sharon Klutchko v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20304 |

Toni Albano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20039

Margaret Albisano v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20046

Janice Alexander v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02990

Charles Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05986

Ruth Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01718

Robert Allender v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04690

Doretta Allison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00002

Guadalupe Alvarez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20055

Beverly Alvey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02549

Patricia Ames v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00955

Dale Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20049

Ethelyn Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20171

Jason Knierim, Individually and as the Personal Representative of the Estate of Patricia Knierim v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20301

Keith Koestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00220

Clara Kohlman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05686

Elizabeth Koski v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02626

Sharon Kostenbader v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20116

Matthew Kresge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01559

John Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20157

Virginia Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05613

Coleen Kuehner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05635

Tony Kupser v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20168

Geraldine Kyle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05167

| | |
|---|---|
| Knoble Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01519 | Linda Lafave v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04503 |
| Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03535 | Fabiola Lagrimas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03940 |
| Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03552 | Sylvia Laguerra v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20003 |
| John Andrea v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20185 | Linda Lail v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06172 |
| Nadine Andres v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20297 | Dorthy Lain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00691 |
| Dana Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04859 | Patricia Lakin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04853 |
| Jacqueline Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05614 | Donald Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05860 |
| Joseph Anemone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20186 | Gwynne Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20243 |
| Irene Anrode v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20115 | Peggy Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00058 |
| Judith Antanavica v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01678 | Cheryl Lamparella v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20230 |
| Linda Arch v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20126 | Delores Landers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05663 |
| Delia Archuleta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00611 | Frances Lane v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20239 |

| | |
|---|---|
| Doreen Arena v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04770 | James Laprairie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03288 |
| Theresa Armstead v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20118 | Judy Laratta v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20076 |
| Selma Arnold v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03333 | James Larkner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20054 |
| Jimmy Arrington v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00259 | Judy Larose v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04656 |
| James Atherton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06555 | Susan Larson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04601 |
| Doris Atkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03361 | Helen Lauters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20083 |
| Lorna Atkinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04276 | Irene Lawrence v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01560 |
| Deborah Augenti v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20160 | Susan Layton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03673 |
| Jo Autin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20019 | Rosa Le Roy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03428 |
| Annette Avila v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01520 | Roslynn League v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-5530 |
| Ellen Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04698 | Colleen Leahy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01561 |
| Patricia Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05627 | Joann Leavitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20285 |

Robert Bach v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04592

Glenda Edwards, as the
Personal Representative and
Executor of the Estate of
Esther Bader v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20187

David Bailey v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01884

Joan Bailey v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04180

Bilinda Ray Baker v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02976

Lillie Baker v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20075

Nina Baker v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20124

Nannette Bakko v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04762

Stanley Baldwin v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03384

David Bales v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03330

Antoinette Bambas v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04246

Dennis Lee v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04815

Etta Lee v. Merck & Co., Inc.,
et al., Civil Action No. 2:18-
cv-20048

Melanie Lee v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00411

Paula Lee v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05826

Paulette Lee v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05611

Reginald Lee v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20334

Mary Lemarr v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:21-cv-00462

Danny Lemoine v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20199

Brenda Lemons v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06243

Marjorie Lemster v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03704

Frank Lesher v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05697

Ann Levinson v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20249

| | |
|---|---|
| Barbara Barber v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06089 | Bernard Levitt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03565 |
| Teresa Barber v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20276 | Harold Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20220 |
| Jerrie Bardwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20012 | Robin Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05610 |
| Barbara Barker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20194 | Terrence Ley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04861 |
| Carolyn Barnes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20120 | Coralee Linder v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01389 |
| John Barrett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20146 | Mary Linn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20141 |
| Delilah Basquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04696 | Jane Linsley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05163 |
| Mitchel Bass v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20060 | Deborah Lipscomb v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04145 |
| Rod Batchelor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03316 | Linda Little (formerly Linda Friguglietti) v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04677 |
| Wilma Batten v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-20000 | Michael Little v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01670 |
| Robert Bauer, Individually and as Legal Representative of the Estate of Katherine Bauer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04544 | Claire Livingston v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03346 |

| | |
|---|---|
| Susan Beach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03036 | Cynthia Llinas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20155 |
| Rebecca Bean v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01779 | Delilah Lloyd v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20233 |
| Helen Beaty v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04038 | Nina Locicero-Scala v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03941 |
| Patsy Beaver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20125 | Scarlett Lockhart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03629 |
| Janet Bektashi v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20099 | Nancy Lockwood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02862 |
| Vincent Belardo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04390 | Valeria Logan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03942 |
| Mary Ann Bell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04331 | Bernice Lommasson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02843 |
| Vickie Bell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20081 | Sharon Long v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05026 |
| Jerry Bennett v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01960 | Carmen Longoria v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03358 |
| Stephen Bera v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01732 | Pamela Looney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00450 |
| Nancy Berger v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06118 | Josephine Loud v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20110 |
| Jerome Berkowitz v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20188 | William Loughery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20294 |

| | |
|---|---|
| Joseph Bernet v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20189 | Elaine Luciano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04600 |
| Alfred Berry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01529 | Sally Lueck v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05166 |
| Lacy Berry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01043 | Dewana Luengas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05753 |
| Judy Bevilacqua v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04699 | Paul Lupo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20112 |
| Frederick Bickleman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20092 | Deborah Lusk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20206 |
| Sarah Bierbrodt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04340 | Larry Luttrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05646 |
| Charles Bird v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02751 | Susan Luxenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01731 |
| Carolyn Birmantas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20050 | Roger Lyddon v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20094 |
| Robert Bishop v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02521 | Joseph Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03945 |
| Catherine Bitterman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01489 | Ronald Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00005 |
| Mary Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01731 | Maryann Macaluso v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05301 |
| Susan Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02520 | Robert Mack v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03234 |

| | |
|---|---|
| Earl Blackstock v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20056 | Suzanne Mackler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02464 |
| Dianne Blaine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00206 | Sylvia Madden v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03733 |
| Kathy Blankenship v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20027 | Jim Maddox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01561 |
| Wanda Blevins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04816 | Moses Maestas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05621 |
| James Blocher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20057 | Sherry Magee v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00670 |
| Karen Bloodsworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00234 | Stephen Maher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00571 |
| Randall Bloodworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02307 | Antonino Maida v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06194 |
| Ronald Bonini v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05491 | William Maine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04680 |
| Adrienne Booker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20085 | Pamela Malachin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02977 |
| Roscoe Boose v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20103 | Ernest Malizia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20235 |
| Janet Bothwell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01521 | Edith Malloy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03810 |
| Jay Bowersox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04784 | Dale Malone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05147 |

Alvin Bowler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03336

Eileen Bowman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20015

Cindy Box v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20162

Charles Boyer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20163

Robert Bozzomo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06578

Elaine Braginton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20053

Edna Brasier v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20028

Margaret Bratina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20158

David Bray v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04926

Jeanette Breland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20198

Kay Bridgham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03783

Deborah Brinkmann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04927

Terry Malovich v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20013

Linda Malzahn v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02989

Loran Manes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01192

Alberta Mann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03958

Ramona Mansker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20014

Vickie Marcum v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04139

Steven Marks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20113

Ramonda Marling and Mischelle Williams, as Co-Executrixs for the Estate of John Marling (deceased) v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01483

Ann Marmoraine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03355

Tedi Charla Marsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01490

Evelyn Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03141

| | |
|---|---|
| Desirea Brisbon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00624 | Richard James Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03706 |
| Duane Britton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04851 | Thomas Martel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00875 |
| Linda Brodeske v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20045 | Gerald Martin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02234 |
| Michael Bronner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00603 | Patrick Martin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03684 |
| Paula Brooks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20029 | Reta Martin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03800 |
| Ann Broughton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20020 | Tony Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00231 |
| Robbie Broussard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20277 | Wanda Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20156 |
| Frances Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05645 | Vicky Mashburn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04596 |
| Mark Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04635 | Margaret Mason v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02258 |
| Nancy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20078 | Joanne Masterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02552 |
| Peggy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20040 | Robert Masucci v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20001 |
| Paulette Browne v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00041 | Joyce Mathis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01094 |

| | |
|---|---|
| Elfriede Bruce v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02271 | Pamela Matthis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02248 |
| Teresa Brumbaugh v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20147 | Diane Maurer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03178 |
| Georgiann Brumfield v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20044 | Joyce Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20232 |
| Carolyn Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20078 | Robert Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02040 |
| Pearl Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03948 | Mylene Mayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03285 |
| Vicki Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01688 | William Mazzei v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05057 |
| David Bryne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03950 | Cheryl McBroom v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03400 |
| John Buist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03775 | Patricia McCargar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04406 |
| Jolayne Burch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20111 | Johnny McClain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00032 |
| Karen Burke v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03872 | Karla McClain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05669 |
| Cynthia Burks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01663 | James McClelland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20026 |
| Katherine Burley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00644 | Karen McCloskey v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20018 |

| | |
|---|---|
| Edward Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00758 | Betty McComic v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04575 |
| Marquis Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20030 | Patricia McConnell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01237 |
| Kittie Burnworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02493 | Pola McCorkle v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20093 |
| Brenda Burton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20082 | Louise McCowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20021 |
| Jerroldine Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02650 | Peggy McCoy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05536 |
| Nancy Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03264 | Donald McCullough v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20145 |
| Karn Busch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05652 | Ginger McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01674 |
| Andrew Bush v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03489 | Gwendolyn McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20083 |
| Jimmie Buster v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05205 | Richard McDonald v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20240 |
| Shirley Butler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20131 | William Battle McDonald, Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03028 |
| Deborah Buys v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00915 | Evelyn McFall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20330 |
| Sherron Byars v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00760 | |

| | |
|---|---|
| Ernest Byrd v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04224 | Marjorie McGaha v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20089 |
| Kelly Byrnes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20253 | Cindy McGhehey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-03916 |
| Joyce Cager v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04603 | Ulysses McGill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03894 |
| James Caggiano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01825 | Garry McGinnis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04841 |
| Brenda Cagle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20104 | Roxanne McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20084 |
| Clarence Cain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20060 | Vicki McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03344 |
| Shirley Caldwell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20252 | Kelly McGraw-Martino v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05651 |
| Cynthia Calhoun v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01524 | Cynthia McKenna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03469 |
| Gail Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05040 | Patricia McKown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20271 |
| Gayleen Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02084 | Catherine McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05699 |
| Barbara Callow v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03779 | Debbera McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00172 |
| James Michael Calt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20177 | James McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05547 |

Kathleen Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20019

Venus Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20245

Judy Cameruca v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00588

Carolyn Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01475

Cecil Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20162

Patti Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20069

Rosella Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03875

John Cannon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01525

Deborah Caracci v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05695

Wynnette Card v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06093

Joshua A. Carey, Individually and as Personal Representative for the Estate of Marietta Patricia Carey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01522

Carolyn McLendon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04806

Stephen W. McNair v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05982

Rosemary McNally v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05513

Janet McNeil v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03370

Marian McRae v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20001

Jacqueline McRight v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05426

Michelle McRight v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20319

Donna McRobbie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00022

Darrell McSwain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00218

Helaine Meadows v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05873

Pedro Rivera Melendez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20011

Carolyn Mello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20114

Patricia Carlson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20102

Joel Carpenter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20167

Bobby Carr v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20221

Reecie Carter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20203

Shirley Cartright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20065

Baby Cartwright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01528

Dennis Carver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00760

Rosemarie Case v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20191

Leslie Cash v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02811

Robyn Suhlman Individually and as Proposed Administrator for the Estate of Dorothy Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01521

Larry Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20041

Robert Melton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02628

Betty Melucci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20019

Valerie Menzies v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04505

Susan Reed Merrill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01187

Robbie Merritt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04720

Alice Michael v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05161

Yvonne Michelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05636

Robert Mickells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00047

Lindia Middleton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00319

Joyce Midkiff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00049

Debra Mihalsky v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20099

Bonnie Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05397

| | |
|---|---|
| Juan Castro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01516 | James Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00681 |
| Brenda Cavanaugh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20323 | Janice Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20119 |
| Edward Cederberg v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20073 | Margaret Ann Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04334 |
| Debra Cellmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01792 | Marilyn Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20095 |
| Brian Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05679 | Paul Miller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00596 |
| Estella Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20211 | Rose Mills v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03349 |
| Sherman Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02155 | Clara Mitchell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00040 |
| Mark Charles v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03793 | Laska Moak v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05651 |
| Joyce Chicora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20161 | Grant Mobley v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20076 |
| Christina Christopher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05290 | Suzanne Moderhak v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05621 |
| Kathleen Cirillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20061 | Paulette Moe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01614 |
| Gary Clark v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05132 | Rosalind Mohamed v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20116 |

Shirley Clark v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20047

Patricia Cleveland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04433

Lawrence Cleveringa v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20156

Stanley Cline v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00265

Willie Clinton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20044

Larry Clonch v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02277

Carol Cocciolone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06052

Laura Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20271

Monique Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20163

Florence Cody v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01175

Robert Coffey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20131

Janice Cogar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01534

Deborah Monnier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03953

Barbara Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05555

Donna Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01231

Nancy Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02824

Pamela Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03371

Wayne Moore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20090

Elina Morales v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20034

Rosaline Moran v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04041

Debra Moreno v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20212

Kathleen Morgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00284

Lorna Moro v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03900

Diane Morris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04692

Eleanor Cohen v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20246

Patrice Colamesta v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20111

Carolyn Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20134

Paul A. Cole Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04584

Mary Coleman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06193

David Collier v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20086

Connie Collins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02071

Wilma Collins v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20093

Jo Ann Colombe v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00333

Kaye Colon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01830

Juan Colon-Valdez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03211

Elaine A. Colvin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06054

John Morris v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20274

Judith Morris v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20275

Nancy Morrow v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01562

Jean Morse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20130

Ricky Moses v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20095

Rhoda Moziy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20278

Judith Mulhair v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20080

Fannie Mundy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20234

Linda Munger v. Merck & Co., Inc., et al., Civil ActionNo. 2:18-cv-20282

Bonnie Murray v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05625

James Myers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03020

Susan Mynatt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00698

Ellen Conner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03045

Martha Conrad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05201

Michael Contos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04309

Ann Conzelman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05274

Carol Cook v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01535

Donna Cook v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00336

Elijah Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20306

Freda Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20072

Patricia Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01536

Andy Cooperman v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00759

Emily Cornelison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03334

Robert Cornelius v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04583

Jacquelyn Nash v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20288

Ernestine Natoli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20040

Rhoda Neft v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20320

Arlene Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05164

Nora Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04419

Phyllis Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20104

Ulysses Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03034

Grace Nero v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01143

Imogene Newbrey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20101

Judy Newell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20175

David Newton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05499

Sharon Nicoll v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03791

| | |
|---|---|
| Susan Cottrill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04506 | Kathleen Niemic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20191 |
| Deborah Courtney v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05305 | Kerstin Nierenz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04206 |
| Charles G. Covington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03375 | Bernice Niesporek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20128 |
| Jerry Cowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01379 | Carl Ninaus v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20272 |
| Steven Cox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00437 | Kathleen Noel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04380 |
| Carolyn Crawford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04815 | Jose Nunez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00543 |
| Leroy Crawley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00016 | Helen Oatney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03588 |
| Tracy Cremer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01537 | Linda Odess v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20211 |
| Anthony Cretacci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20302 | Cindy Oetting v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06103 |
| Gloria Crevier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20248 | Diane Ofner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20064 |
| Scott Criddle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01538 | Peggy Oiiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01687 |
| Judith Critz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01546 | Margaret Olson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02211 |

Salvatore Croce v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20252

Julie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04504

Minnie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20196

Yvonne Cross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03350

Wanda Crouse v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01539

Teresa Cunnington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05277

Hiram Curtis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20021

Patricia Cutillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20197

Sandra Cutshaw v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05858

Katherine Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03351

Stephen Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02841

Patricia D'Amico v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01540

David Oremus v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20021

Nancy Orth v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20291

Richard Ortiz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20008

Lisa Osborn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04570

Janet O'Shea v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20077

Sharon Ostrowski v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04639

Cathy D. Ott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03817

Mary Outlaw v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20172

Bernard Packard v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01427

Julian Padgette v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06101

Rosa Pagan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20272

Patrick Papas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20276

| | |
|---|---|
| Eleanor Darney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00473 | Barbara Ann Parker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01118 |
| Sherry Darwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04854 | Susan Parker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01941 |
| Billie Davidson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20070 | Sheila Parnther v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01491 |
| Michael Davies v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03325 | Shawn Parrish v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04578 |
| Claudia Davis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06133 | Jeanette B. Partain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02831 |
| Elnora David v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01644 | Barbara Passarelli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20094 |
| Frances Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20222 | Mavis Patterson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20284 |
| Lee Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04638 | Linda Patton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20288 |
| Marcella Davis v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01219 | Wanda Pauling v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01482 |
| Lawrence Dawes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04593 | Claretha Paulk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04579 |
| Alberto De La Pena v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04266 | Constance Payne v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04312 |
| James R. Deam v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05612 | Martha Peace v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20098 |

Elizabeth Deaton v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01188

Shari Pearce v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00579

Diana Deats-O'Reilly v. Merck
& Co., Inc., et al., Civil
Action No. 2:20-cv-05862

Marian Pechon v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20160

Irma DeClue v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20021

Lenda Pendleton v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20070

Connie Delk v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20062

Deborah Perkins v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-00002

Margherita DeLustro v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20079

Ignace Perrin v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20190

Esther Dengler v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01098

Marvin Peterke v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20110

Rebecca Dennett v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04571

Judith Peters v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20284

James Dennis v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20106

Mertes Peterson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01164

Jean Detlaff v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04594

Claudia Petrello v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01876

Ronald Detonnancourt v. Merck
& Co., Inc., et al., Civil
Action No. 2:20-cv-04655

Janice Peyton v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00944

Harriet Devan v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20302

Ngocmy Pham v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01565

Victor Diaz v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03489

Mary Phipps v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00654

Sandra Dick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20268

Clarence Dicken v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20017

Wayne Dickerson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20294

Anthony DiClemente v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05180

Richard Dingledy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01676

Peggy Diss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20074

Elaine Dittman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20312

George Dodd v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06355

Donna Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20055

Melanie Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02060

Michael Dolenic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20092

Thomas Dominski Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03947

Patricia Pierce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03284

Kelly Pierga Individually and as Personal Representative of the Estate of Patricia Pierga v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20092

Leslie A. Pingel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03902

William Pinkstaff v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20036

Mary Pizzica v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02343

Andrea Plechavicius v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01190

Thomas Polidori v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03707

Maureen Pons v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20290

Earl Poplars v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20068

Limon Poppell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20204

Donna Porche v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00532

| | |
|---|---|
| Mary Donaldson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03777 | Jo Anna Porter v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05664 |
| Patricia Donnelly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20018 | Lorraine Powell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03398 |
| Kay S. Dorance v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00587 | Sheila Powell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00593 |
| Dennis Dorgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05678 | Julia Prahin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03850 |
| Mary Douglas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20281 | Lillie Pratt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20051 |
| Valdemarest Drake-Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00590 | Donna Preloger v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04615 |
| Myron Dudenbostel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20303 | Carolyn E. Prentis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20111 |
| Sally Duff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05637 | Brenda Prichard v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20117 |
| George Durbin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04586 | Sheila Prigmore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03380 |
| Wynn Duvernay v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20036 | Ann Proctor v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06100 |
| Jesse Dyer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06478 | Karen Prorok v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03353 |
| Willard Dyess v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20238 | Hassie Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20100 |

| | |
|---|---|
| Maudie Eads v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20079 | Shelly Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02132 |
| Jane D. Earley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03352 | Edward Quagliata v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20179 |
| Peggy Easley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00605 | Linda K. Quincy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04339 |
| Gloria Eaton v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20128 | Helen Radel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01820 |
| Margaret Edel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04310 | Ralph Raiford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20201 |
| Shara Edwards v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20098 | Dora Randall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03345 |
| Diane Eisentrager v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00148 | Roger Randall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00591 |
| Gary Elder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00148 | Margaret Rankin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03387 |
| Michael Ellis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02120 | Sharon Rankins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03653 |
| Janet Elton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00052 | Steven Rapetti v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04856 |
| Mary Louise Emery v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06106 | Marsha Rapp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04381 |
| Judith Endresen-Worthy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20025 | Kenneth Rasmussen v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20066 |

| | |
|---|---|
| Joseph Engolia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20167 | Sharon Rasnake v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20031 |
| Robert Enright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05595 | Marc Rawitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20135 |
| Hugo Enriquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04678 | Barbara Rawls v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04244 |
| Rosemarie Ephlin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00150 | James Redden v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20146 |
| Nadine Erhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04881 | Adrian Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03342 |
| Sarah Erkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20217 | Clarice Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02830 |
| Cecilia Espinoza v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20287 | Fransca Reesen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03035 |
| Dorothy Esquilin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20063 | Sandra Reeves v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04307 |
| Kaye Estes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04416 | Ronald Regan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03898 |
| Shirley Eubanks v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04605 | Philip Reina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20048 |
| Darlene Evans v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20113 | Susan Reinhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03530 |
| Jennie Werner Evans v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01745 | Leonard Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20010 |

| | |
|---|---|
| Martha Everts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20049 | Sondra Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20293 |
| Patricia H. Ezell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05630 | Mark Rennix v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00007 |
| Diane Fair v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04332 | Darla Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05648 |
| Bobbie Farley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03801 | Mark Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04824 |
| James Farmer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05616 | Robert Richins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01086 |
| Richard Farmiglietti v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03803 | Suzan Riddell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03907 |
| Larry Farrington v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20037 | Christine Rider v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01174 |
| Janet Feasel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04042 | Irene Rill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01038 |
| Lillian Feinberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02214 | Carmen Rivera v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04576 |
| Jackie Feist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20018 | Terry Robbins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01568 |
| John Fening v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04274 | Charlotte Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03509 |
| Debra Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06171 | Diana Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20095 |

| | |
|---|---|
| Lillie Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04572 | Kenneth Gary Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02708 |
| Marilyn Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20019 | Laurann Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03473 |
| Thomas Ferrerio v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03394 | Linda G. Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04781 |
| Norma Fields v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20200 | Catherine Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04864 |
| Marilyn Fierro v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01673 | Sandra Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04313 |
| Virginia Fifield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01752 | Ruth Ester Rocha v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04520 |
| Adamilta Figueroa-Lerner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20257 | Victor Rodriguez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01528 |
| Gwyn Fish v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01544 | Nancy Rogauskas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20025 |
| Judy Fisher v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20168 | Donna Rogers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05911 |
| Terri Fithen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04048 | Joyce Ronemous v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03033 |
| Carol Fitzgerald v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02087 | Dolores Rorech v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20295 |
| Norma J. Fleming v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04809 | Elizabeth Rork v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04061 |

| | |
|---|---|
| Bonnie Florentine v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03532 | Wanda Rosales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20339 |
| Susan Flynn v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20123 | Jerry Neal Rose v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05188 |
| David Fontaine v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20216 | Joan Ross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03795 |
| Susan Fontenot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06549 | Deborah Ross-Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03360 |
| Phyllis Ford v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20079 | Janice Rounsville v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02914 |
| Darleen Foreman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20052 | Marjorie Rowley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04880 |
| Shirley Francis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04253 | Ardene Royster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03997 |
| Linda Franklin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04517 | Marilyn Rubin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05916 |
| Carol Franson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20080 | Clifton Rucker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20321 |
| Barbara Franzier v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04029 | Juan Ruiz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20060 |
| Joyce Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05452 | Linda Russ v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20243 |
| Patty Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03510 | Rachel Ryles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20081 |

| | |
|---|---|
| Catherine Friend v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20097 | Cecilia Sackett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01307 |
| Nancy Fritts v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20099 | Dorothy Safalow v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03157 |
| Minerva Frye v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20026 | Yvonne Saleme v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20297 |
| Alma Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02662 | Linda Salisbury v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04701 |
| Barbara Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04182 | Gale Saltzgiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01100 |
| Sue Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01545 | Joy Sample v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04681 |
| James Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20228 | Aida Samson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05787 |
| Judith Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00461 | Lana Sandahl v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03402 |
| Stephen Gallo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03974 | Amy Sandberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01236 |
| Donald Galloway v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20258 | Jacob Sande v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20068 |
| Dianne Gamble v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01981 | Carolyn Sanner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20183 |
| Consuelo Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05279 | Gail Santoro v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20209 |

| | |
|---|---|
| Lucinda Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03524 | Gerald Sarnello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00320 |
| Jeane Garcia-Dorenne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05628 | Kathleen Sauer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01616 |
| Sheryl Gardner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20210 | Bruce Edward Schaefer v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05547 |
| Joan Garrett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20013 | Carol Schasel v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20298 |
| Barbara Garrison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05116 | Eleanor Schaul v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01571 |
| Tim Gartland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20164 | Carolyn Schnickel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00511 |
| Steven Garton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01166 | Ruth Schmidli v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20169 |
| Randy P. Gaspard as Executor of the Estate of Pierre L. Gaspard, deceased v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv- 20033 | Paul Schmidt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06370 |
| Raymond Gaud v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04125 | Garry Schuemann v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20201 |
| Janice Gautreaux v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05170 | Joyce Schulte v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03472 |
| Joanna Gee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02187 | Gloria Schultz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20239 |
| | Lorene Schumacher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03335 |

Mark Geisheker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20042

Frederick Schunck v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03369

Alice Generally v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20037

Elaine Schwartz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20014

Shirley George v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00814

Adrian Scott v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04321

Jean Ann Gering v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01969

Hattie Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01092

Ingrid Gerlach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20007

Lynne Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01641

Beverly Gers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03348

Susan Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03408

Myra Gibson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03554

William Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00607

Eileen Giddings v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01523

Sheri Scudder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01572

Lawrence Giuliano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01116

Robert Seabrooks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20303

Judy Gladney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01520

George Seale v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05689

Elizabeth Gladue v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04272

Inez Jean Seals v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01292

Howard Glassco v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20065

Mary Sebastiani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00033

| | |
|---|---|
| Thomas Gleason v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20139 | Susan Sebilian v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02908 |
| Robert Glover v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00761 | Margaret Secor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02129 |
| Raymond Goad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20189 | Steven Seefeldt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02408 |
| Jimmy Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04922 | Helena Seigman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20035 |
| Joann Martin Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05169 | Perry Sells v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20077 |
| Nona Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20264 | Candace Sentell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01850 |
| Deborah Gordon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04671 | Levina Serrano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00575 |
| Stephen Earl Gorman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02216 | Emanuel Seyfert v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02284 |
| Tammy Gose v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01205 | Karney Seymour v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20195 |
| Philip Grace v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20031 | Diane Shapuras v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01574 |
| Marion Graham v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20133 | Sheila Shea v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20281 |
| Sue Grams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00643 | Erica Sheid v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20277 |

Ruth Granillo v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-01547

Peggy Shell v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20085

Tommy Grantham v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05551

Dolores Shemes v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00753

Joyce Grasby v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:18-cv-20260

Lessie Shepard v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04581

Thomas Graybeal v. Merck &
Co., Inc., et al.,
Civil Action No. 2:20-cv-06425

Rachel Sheppo v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03913

Connie Grayson v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-03399

Char Sheridan v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01575

Rosemarie Greb v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-01688

Tony Shobert v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04780

Charles T. Green v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05652

Carol Short v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00003

Terrance Green v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04198

James Short v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04686

Jane Greenawalt v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20054

Gloria Shy v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20280

Harriet Greenburg v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04814

Joyce Sievers v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00545

Janice Greene v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20071

Jack Signorelli v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01185

Mildred Greenwell v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20057

Kathryn Sikkila v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-00324

| | |
|---|---|
| Ethel M. Greer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03039 | Frank Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20112 |
| Ouida Gregory v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20033 | Theora Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04013 |
| Judith Grenier v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20010 | Peter Skumanich v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20286 |
| Pamela Gresham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05155 | Paulann Slater v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01692 |
| Linda Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04187 | Betina Sluss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03363 |
| Robert Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20072 | David Smiddy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03602 |
| Debbie Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02494 | Connie Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02126 |
| Weldon Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04031 | Derek Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20165 |
| Burleigh Grimes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20091 | Donevon Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01739 |
| Beverly Grondin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01609 | Jerry Smith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20048 |
| Elizabeth Guberud v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20041 | Leroy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20116 |
| Debbie Guerrero v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20261 | Margaret Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00872 |

Leisa Guiliano v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04998

Anita Guillotel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04819

Ronald Guse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20096

Georgia Gustafson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03388

Delsie Gutierrez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01486

Mary Lou Hagan as Executrix of the Estate of William Hagan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01549

Roxanne Haines v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03401

Arlene L. Halfon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20105

Deborah Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04679

Ellen Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03253

Patricia Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01550

Peggy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05574

Rhonda Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04519

Ronni Kessler Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04866

Sheila Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03809

Suzanne Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01333

Thomas Smithson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20059

Janis Smoot, Individually and as the Personal Representative of the Estate of Ernest Smoot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05856

Judith Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20273

Malinda Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05027

William Spathelf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20251

Sandra Speer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04624

Regina Hall v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04589

Wenda L. Hall v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-04185

Joann Hallahan. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-02752

Deborah Halle v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-03282

Roland Halle v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20129

Anna Hallmark v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20053

Wilma Joann Hamilton v. Merck
& Co., Inc., et al., Civil
Action No. 2:21-cv-05245

Ruth Hammer v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-01656

Elton F. Hammond, III v. Merck
& Co., Inc., et al., Civil
Action No. 2:20-cv-05875

Audrey Hancock v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-20205

Gary Hanna v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-20174

Raymond Hannan v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05160

Janice Spillers v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20204

Estelle Spritzer v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-06062

Christine Squires v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-01500

Rick Stamps v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04826

Carolyn Stanley v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01578

Ron Stansbarger v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04582

Cheryl Stark v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01146

Joyce Stedman v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20013

Susan Steig v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03531

Leah Steinberg v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03785

Rhonda Steinlauf v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20327

Judith Stevenson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03149

| | |
|---|---|
| Lora Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01518 | Barbara Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04208 |
| Sam M. Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20042 | Georgia Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20117 |
| Lewis Harper v. Merck & Co., Inc., et al., Civil Action No 2:19-cv-20088 | Rhonda Stigall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03548 |
| Cindy Harris v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04813 | James Stiles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20059 |
| Linda Watkins Harris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05296 | Karen Stiner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03403 |
| Joyce Hart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01675 | Susan Stockers v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01567 |
| Rebecca Hart v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03386 | Seth Stockholm v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20043 |
| Shirley Hartert v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20073 | Barbara Stone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04542 |
| Caroline Hatfield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02899 | Darlene Stone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02333 |
| Shirley Hatten v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01651 | Jeff Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00236 |
| Karen Haugen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04544 | Jessie Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01087 |
| Leon Hayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00595 | Patrick Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03893 |

| | |
|---|---|
| Carole B. Hays v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03468 | John Stopyra v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04034 |
| Charlotte Hedlund v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01844 | Carol Storey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04814 |
| Miles Heitzenrater v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02844 | Joseph Strahan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20333 |
| Joyce Helman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20263 | Chrissy Street v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02665 |
| Nancy Helmbrecht v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03283 | Mary Strickland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05535 |
| Betty Helton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20292 | Elizabeth Stripling v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01223 |
| Debi Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05741 | Sharon Strohecker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06511 |
| Joseph Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04674 | Nancy Strong v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00237 |
| Rodger Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20066 | Robert Sullivan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20026 |
| James F. Hendricks v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20185 | Leo Summermatter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20234 |
| Robert Henneberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20208 | Linda Sunderland v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01696 |
| Paul Leon Henry v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02498 | Amerigo Suriani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00042 |

Robert R. Hergan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20109

Maria Hernandez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04580

Brenda Herrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03937

Tony Herring v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03542

Stuart Hersh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04199

Barbara Hession v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20219

Gladys Heys v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04378

Jonathan Lee Hickey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03738

Edna Higgins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20335

Howard R. Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20286

Marilyn Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04896

Patricia Hill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05596

Paul Suszko v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01446

Joanne Suzio v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00534

Mary Swalley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05860

Joe Sykes v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20034

Annette Talley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01615

Wilbert Talmadge v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00692

Donald Tangredi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04147

Anthony Tankxley v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20071

Michele Tanner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03348

Dolores Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20025

Myra Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02950

Linda Temple v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05531

| | |
|---|---|
| Robert Hill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01551 | Ora Terrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03377 |
| Ronald Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04588 | Jeanneen Terry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20106 |
| Wanda Sue Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03354 | Kathleen Teti v. Merck & Co., Inc., et al., Civil Action No. 5:20-cv-03926 |
| David Himmerich v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00701 | Marilyn Tharp v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20115 |
| Patricia Hinckley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04200 | Shirley Tharp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04210 |
| Dickey Hines v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04858 | Bernie Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00297 |
| Ann Hixson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20230 | James E. Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00435 |
| Juanita Hobbs v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00054 | Marcia Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05539 |
| Teresa Hobbs v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00582 | Teola Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20066 |
| Elsie Hodupp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03283 | Gail Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01176 |
| Nancy Hoenig v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02735 | JoLynne Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05208 |
| Nellie Hoff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06503 | Linda Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20224 |

Helen Hoffman v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20180

Sandra Hoffman v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01881

Dolores Holland v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20123

Joanne Holland v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01527

Tracy Holloway v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-06126

Herbert F. Holmes, Jr. v.
Merck & Co., Inc., et al.,
Civil Action No. 2:20-cv-02523

Nathaniel Holmes v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20197

Madelyn Holt v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05647

Stephen Hopkins v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20264

Robert Hopper v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20103

Annette Horner v. Merck & Co.,
Inc., et al., Civil Action No.
5:21-cv-00473

Gordon Horton v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03328

Mary Thompson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03382

Cynthia Tobias v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03383

Dale Todd v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06134

Robert Tokar v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02478

Thomas Tomlinson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-01305

Beverly Hilt Tortora v. Merck
& Co., Inc., et al., Civil
Action No. 2:19-cv-03385

Ella Townsell v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20015

Laurier Trahan v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20222

Sandra Trapnese v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20064

Palma Treschan v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20143

Sarah Trevino v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20195

Carole Triplett v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20144

Walter Houston v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20074

Brenda Howard v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20121

Sherri Forrestall and Terri Blackman, as surviving children of Darlene Howard, deceased v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02902

Juliette Howard v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05944

Grace Howe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04621

Jacquelyn Huff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03797

Sandra Hughes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03035

Mackie J. Humphries v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01631

Mary A. Huneycutt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04818

Jessica J. Hurt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05158

Howard Hutchison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05168

Nancy Trout v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02076

Kathleen Trudeau v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03349

Charles Turnbull v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20203

Lewis Turner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05470

Ouida Turner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05536

Debra Vandiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02876

Patricia VanHoose v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20058

Beulah Vanmeter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20052

Patricia Vasicek v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00466

Victoria Vaughn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00749

Elsa Vega v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20220

Betty Verhulst v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00581

Linda Huter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20067

Glenda Inman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00747

Maryann Intagliata v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20182

Glenn Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04550

John Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02229

Nathan Ivory v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20033

Harvey Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05588

Janet Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20242

Nora Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03435

Shirley Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20247

Kenneth Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20258

Linda Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05926

Joanne Vickers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20207

Sylvia Videkovich v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01220

Barbara Viglienvone v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20225

Thomas Vlcek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01426

Kristi Vollmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00602

Catherine Wade v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20219

Joyce Wade v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05750

Evelyn Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20218

Linda S. Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02058

Stephen Scott Waite v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03732

Mary Waldroup v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20056

Candace Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04315

| | |
|---|---|
| Judith James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05687 | Joe Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20058 |
| Richard James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04115 | Michele Waller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03683 |
| Sharon James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00413 | Dennis Walsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20097 |
| Cynthia Jamison v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20027 | Julius Waltzer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20078 |
| Joanne Januzzi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02692 | Marilyn Wanda v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00477 |
| Benjamin Jarrard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05643 | Marjie Warner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04220 |
| Linda Jefferson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20337 | Arnette S. Washington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20022 |
| Gene Jeffery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04587 | Serena Washington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03805 |
| Betty Jenkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05383 | Edward Waszak v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20265 |
| Debra Jennings v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00592 | Martha Watson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20136 |
| Peggy Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01181 | Linda Weicht v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05690 |
| Robert Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03381 | Ann Weiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02742 |

| | |
|---|---|
| Damaris Jimenez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20268 | Sandra Wein v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04270 |
| Catherine Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20300 | Nellie Wells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00035 |
| Joseph Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02937 | Deborah Welton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00016 |
| Sherry Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02220 | Janet Welty v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20262 |
| Tamera Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20282 | Rosalie Wenckoski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20096 |
| Yolanda Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05696 | Eron West v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20259 |
| Bonnie Johnson-Fisk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04569 | Joyce White v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03393 |
| Douglas Johnston v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20065 | Steve White v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02949 |
| Barbara Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02784 | Tavia Whitehead v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20096 |
| Ed Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04145 | Dorothy Whitten v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20290 |
| Ethel Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03619 | Jacqueline Wilkins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04825 |
| Mike Jones v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20269 | David Williams v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20084 |

| | |
|---|---|
| Dona Jones-Lane v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20050 | James I. Williams, Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20022 |
| Janet Jordan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01711 | Raymond Wilson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04828 |
| Michael Jukofsky v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05293 | Judy Wise v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01585 |
| Margaret Kachinski v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01407 | Linda L. Wolfstone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04271 |
| Clarence Kaestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01665 | Charlotte Wood v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00796 |
| Fred Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20088 | Hugh Wood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00328 |
| Nancy Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00038 | Gary Woodruff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01137 |
| Theodore Kalata v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03251 | Jean Wright v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20181 |
| Barbara Kane v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-4916 | Jonathan Wright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05933 |
| Fred Kaplan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02716 | Marian Wright v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20119 |
| Jeanette Karadimos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20098 | Olynda Wylie v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20138 |
| Davida Karp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02124 | Laura Yarnell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20110 |

| | |
|---|---|
| Larry Kassen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20214 | Joseph Yepez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20145 |
| Mary Kearney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03516 | Wanda Yoachim v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03162 |
| Michael Keba v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01337 | Judy D. Yorio v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06298 |
| Theresa Keel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01633 | Jeannette Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01202 |
| Gerald Keesler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03939 | Victoria Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05846 |
| Judy Kellar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02463 | Kathleen Youngman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03372 |
| Thomas Kellner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00011 | Mary Zaccanelli v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20045 |
| Dale Kellogg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00004 | Ursula L. Zahnleiter v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03652 |
| Joye Kelly v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20012 | Mary Zeigenfuss v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05160 |
| Jeanette Keltz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04123 | Josi Zendzian v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01515 |
| Inez Kenison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03404 | Thomas Zentack v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20332 |
| Thomas Kennedy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01042 | Patricia Zerfing v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01586 |

| | |
|---|---|
| Koval Kenneth v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01195 | Judi Ziebart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01201 |
| Melissa Kent v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20011 | Robert Ziebell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00598 |
| Barbara Kerrigan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20225 | Felip Zielinski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20177 |
| William Zurn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20181 | Tim Zike v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20091 |